IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

BILLIE VERDI, :
:
   Plaintiff, :
:
v. : 5:06-CV-408 (HL)
:
DEPUTY GARY KIRBY, :
:
   Defendant. :
:
:
:
:
:

## ORDER

Before the Court is a document styled "Plaintiffs' Answer to Defense Attorney Motion for Deposition" (Doc. 55), which the Court construes liberally as a Motion for Protective Order under Federal Rule of Civil Procedure 26(c). Plaintiff claims that the Defendant has noticed a deposition in Buford, Georgia, on June 13, 2008. According to Plaintiff, attendance at this deposition would impose an undue burden on her because of the unreasonable distance from her home and because she is not available on this date. She notes, however, that she would be willing to attend a deposition on a different date in a more convenient location.

Defendant has filed an Amended Notice of Deposition, which states that the newly rescheduled deposition will occur at a Macon, Georgia location on June 30,

2008. It therefore appears that the conflict has been resolved. Plaintiff's Motion for Protective Order is thus denied as moot.

**SO ORDERED**, this the 18th day of June, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch