**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

BILLI VERDI, :
:
    Plaintiff, :
:
v. : Case No. 5:06-CV-408 (HL)
:
DEPUTY KIRBY, :
:
    Defendant. :

## ORDER

This matter is before the Court on the Plaintiff's Motion to Return Original Copies of Evidence (Doc. 100) (the "Motion"). In this Motion, the Plaintiff requests an order returning evidence that the Plaintiff filed in this case. A review of the docket in this case indicates that the documents the Plaintiff requested were sent to the Plaintiff on April 2, 2010. Therefore, the Motion is denied as moot.

**SO ORDERED**, this the 19th day of May, 2010.

                              *s/ Hugh Lawson*
                              HUGH LAWSON, Senior Judge

jch